UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYMARK FINANCIAL, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SALLY L. LIU, et al.,<br><br>    Defendants. | Case No. 25-cv-02582-JD<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION, AND REMANDING CASE** |

This is an unlawful detainer action that was removed to this court by Steven Liu, who is proceeding pro se. Dkt. No. 1. Magistrate Judge Lisa J. Cisneros has filed a report recommending remand because there is no basis for federal subject matter jurisdiction over this state law unlawful detainer action. Dkt. No. 7.

Liu did not file a response to the report and recommendation, and the time for responding has passed. Dkt. No. 7 at 5; Fed. R. Civ. P. 72. Liu did file an opposition to plaintiffs' subsequently-filed motion to remand, Dkt. Nos. 10, 11, but the arguments made by Liu in his opposition are without merit. Plaintiffs need not demonstrate an "urgency for remand" as Liu urges, Dkt. No. 11 at 2, and none of Liu's other arguments are sufficient to demonstrate any error in the conclusions reached by Judge Cisneros in her report. Dkt. No. 7.

The Court has independently reviewed the record and adopts the report and recommendation in full. The case is remanded to the Superior Court of California for the County of San Francisco.

**IT IS SO ORDERED.**

Dated: May 20, 2025

JAMES DONATO
United States District Judge